IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KELLY CAHILL, | ) |
| Plaintiff | ) |
| v. | ) No. 3:03-cv-00257 |
| ROBERT WALKER; HARRY MONTGOMERY, CHIEF OF GATLINBURG POLICE DEPARTMENT; and CITY OF GATLINBURG, TENNESSEE, | ) ) ) |
| Defendants | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that the defendant City of Gatlinburg's motion for summary judgment on the issue of municipal liability for failure to train is GRANTED. In all other respects, the motion for summary judgment is DENIED.

ENTER:

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE