# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| KELLY CAHILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3-03-CV-257 |
| ) | SHIRLEY |
| ROBERT WALKER, Gatlinburg Police ) | |
| Department; ) | |
| HARRY MONTGOMERY, Chief of ) | |
| Gatlinburg Police Department; and the ) | |
| CITY OF GATLINBURG, TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties in the above styled cause of action have jointly moved this Court for an Order of voluntary dismissal pursuant to Fed. R. Civ. P. 41.01.  Accordingly, after review of the Motion submitted, it is therefore

ORDERED that the Complaint of the plaintiff is to be dismissed with prejudice.  It is further ORDERED that all parties shall be responsible for their individual costs and own attorney fees.

ENTER this _____ day of February, 2007.

                                                            _____s/ C. Clifford Shirley, Jr._____
                                                            C. CLIFFORD SHIRLEY
                                                            United States Magistrate Judge

APPROVED FOR ENTRY:

/s/John E. Eldridge, BPR No. 6667 w/permission by Robert H. Watson, Jr.
JOHN E. ELDRIDGE
Attorney for Plaintiff Kelly Cahill
ELDRIDGE & IRVINE, PLLC
606 W. Main Street, Suite 350
Post Office Box 84
Knoxville, Tennessee 37901-0084
(865) 523-7731


/s/L. Kirk Wyss, BPR No. 6086 w/permission by Robert H. Watson, Jr.
L. KIRK WYSS
Attorney for Defendant Robert Walker
P.O. Box 1778
Morristown, Tennessee  37816
(423) 581-3773


/s/Robert H. Watson, Jr., BPR No. 1702
ROBERT H. WATSON, JR.
Attorney for Defendants, Harry Montgomery and
    City of Gatlinburg, Tennessee
WATSON, ROACH, BATSON,
ROWELL & LAUDERBACK, P.L.C.
Attorneys at Law
1500 Riverview Tower
900 South Gay Street
P.O. Box 131
Knoxville, Tennessee  37901-0131
(865) 637-1700

## **CERTIFICATE OF SERVICE**

      I hereby certify that on Wednesday, February 21, 2007, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system:

| | |
|---|---|
| John E. Eldridge | L. Kirk Wyss |
| ELDRIDGE, IRVINE & GAINES, PLLC | Attorney for Defendant |
| 606 W. Main Street, Suite 350 | 617 W. Main Street |
| P.O. Box 84 | P.O. Box 1778 |
| Knoxville, Tennessee  37901-0084 | Morristown, Tennessee  37816-1778 |

      Dated this 21st day of February, 2007.

                                                                     s/Robert H. Watson, Jr., BPR No 1702
                                                                     ROBERT H. WATSON, JR.
                                                                     Attorney for Defendants Harry Montgomery and
                                                                        City of Gatlinburg
                                                                   WATSON, ROACH, BATSON,
                                                                   ROWELL & LAUDERBACK, P.L.C.
                                                                   Attorneys at Law
                                                                   1500 Riverview Tower
                                                                   900 South Gay Street
                                                                   P.O. Box 131
                                                                   Knoxville, Tennessee  37901-0131
                                                                   (865) 637-1700